NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DARRELL JEROME BURNSIDE, )
DOC #120208, )
                                 )
          Appellant, )
                                 )
v. )     Case No. 2D17-3728
                                 )
STATE OF FLORIDA, )
                                 )
          Appellee. )
_____)

Opinion filed March 21, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Christopher C.
Sabella, Judge.

Darrell Jerome Burnside, pro se.


PER CURIAM.


          Affirmed.


MORRIS, SLEET, and BADALAMENTI, JJ., Concur.